IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE B. SMITH III,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON DUNN, Commissioner, Alabama Department of Corrections,<br><br>Defendants. | No. 2:20-cv-1206-RAH<br><br>**CAPITAL CASE<br>EXECUTION SCHEDULED<br>FOR FEBRUARY 11, 2021** |

## SUPPLEMENT TO MOTION TO PROCEED *IN FORMA PAUPERIS*

As promised in his Motion to Proceed *In Forma Pauperis* (Doc. 2), undersigned counsel attaches an inmate account statement received this afternoon.

Respectfully submitted this 16th day of December, 2020.

/s/ Spencer J. Hahn
SPENCER J. HAHN
OREGON BAR NO. 043027
JOHN ANTHONY PALOMBI
KENTUCKY BAR NO. 86784
ASSISTANT FEDERAL DEFENDERS
FEDERAL DEFENDERS FOR THE
  MIDDLE DISTRICT OF ALABAMA
817 SOUTH COURT STREET
MONTGOMERY, ALABAMA 36104
(334) 834-2099
Spencer_Hahn@fd.org
John_Palombi@fd.org

*Counsel for Mr. Smith*

1

Alabama Department of Corrections **ITF017**

**Transaction Report for 0000Z541-SMITH, WILLIE B III BedNumber: I1-27A**

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| EP-Keefe underwood Ann | 11/3/2019 | 11/4/2019 Web Deposit Ref#:  34556502 | $45.00 | $74.73 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/5/2019 | 11/5/2019 Canteen Purchase Tran NR 9974629 | ($52.88) | $21.85 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/5/2019 | 11/5/2019 Canteen Purchase Tran NR 9975446 | ($21.42) | $0.43 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 11/10/2019 | 11/11/2019 Web Deposit Ref#:  31221718 | $90.00 | $90.43 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 11/12/2019 | 11/13/2019 Web Deposit Ref#:  31955562 | $20.00 | $110.43 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/14/2019 | 11/14/2019 Canteen Purchase Tran NR 10004759 | ($52.15) | $58.28 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/14/2019 | 11/14/2019 Canteen Purchase Tran NR 10004805 | ($57.76) | $0.52 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 11/16/2019 | 11/17/2019 Web Deposit Ref#:  34055532 | $45.00 | $45.52 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/19/2019 | 11/19/2019 Canteen Purchase Tran NR 10021989 | ($27.79) | $17.73 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 11/24/2019 | 11/25/2019 Web Deposit Ref#:  34345886 | $25.00 | $42.73 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/26/2019 | 11/26/2019 Canteen Purchase Tran NR 10065077 | ($35.59) | $7.14 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 12/1/2019 | 12/2/2019 Web Deposit Ref#:  38835998 | $25.00 | $32.14 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 12/3/2019 | 12/3/2019 Canteen Purchase Tran NR 10083465 | ($21.56) | $10.58 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 12/9/2019 | 12/10/2019 Web Deposit Ref#:  32913104 | $15.00 | $25.58 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 12/10/2019 | 12/10/2019 Canteen Purchase Tran NR 10106481 | ($11.21) | $14.37 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 12/15/2019 | 12/16/2019 Web Deposit Ref#:  39587219 | $25.00 | $39.37 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 12/16/2019 | 12/16/2019 Canteen Purchase Tran NR 10135095 | ($18.36) | $21.01 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 12/16/2019 | 12/17/2019 Web Deposit Ref#:  38127347 | $25.00 | $46.01 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 12/23/2019 | 12/23/2019 Canteen Purchase Tran NR 10155148 | ($20.97) | $25.04 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 12/31/2019 | 12/31/2019 Canteen Purchase Tran NR 10177575 | ($8.40) | $16.64 | $0.00 | $0.00 HOLM |

Alabama Department of Corrections                                      ITF017

**Transaction Report for 0000Z541-SMITH, WILLIE B III BedNumber: I1-27A**

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| EP-Keefe underwood Ann | 1/5/2020 | 1/6/2020 Web Deposit Ref#:  34173861 | $30.00 | $46.64 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 1/6/2020 | 1/6/2020 Canteen Purchase Tran NR 10198051 | ($25.53) | $21.11 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 1/13/2020 | 1/14/2020 Web Deposit Ref#:  36607809 | $40.00 | $61.11 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 1/14/2020 | 1/14/2020 Canteen Purchase Tran NR 10221500 | ($38.25) | $22.86 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 1/21/2020 | 1/21/2020 Canteen Purchase Tran NR 10244957 | ($20.40) | $2.46 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 1/21/2020 | 1/22/2020 Web Deposit Ref#:  39530406 | $30.00 | $32.46 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 1/27/2020 | 1/27/2020 Canteen Purchase Tran NR 10264043 | ($32.38) | $0.08 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 1/27/2020 | 1/28/2020 Web Deposit Ref#:  33265962 | $25.00 | $25.08 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 2/2/2020 | 2/3/2020 Web Deposit Ref#:  38539979 | $25.00 | $50.08 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 2/3/2020 | 2/3/2020 Canteen Purchase Tran NR 10286283 | ($38.92) | $11.16 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 2/8/2020 | 2/9/2020 Web Deposit Ref#:  39410026 | $25.00 | $36.16 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 2/9/2020 | 2/10/2020 Web Deposit Ref#:  39534143 | $15.00 | $51.16 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 2/12/2020 | 2/12/2020 Canteen Purchase Tran NR 10314978 | ($37.34) | $13.82 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 2/16/2020 | 2/17/2020 Web Deposit Ref#:  34414323 | $30.00 | $43.82 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 2/18/2020 | 2/19/2020 Web Deposit Ref#:  39588710 | $20.00 | $63.82 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 2/19/2020 | 2/19/2020 Canteen Purchase Tran NR 10336913 | ($45.69) | $18.13 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 2/23/2020 | 2/24/2020 Web Deposit Ref#:  32408244 | $20.00 | $38.13 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 2/24/2020 | 2/24/2020 Canteen Purchase Tran NR 10352531 | ($32.10) | $6.03 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 2/29/2020 | 3/1/2020 Web Deposit Ref#:  36337553 | $40.00 | $46.03 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 3/1/2020 | 3/2/2020 Web Deposit Ref#:  37882119 | $20.00 | $66.03 | $0.00 | $0.00 HOLM |

## Alabama Department of Corrections     ITF017
### Transaction Report for 0000Z541-SMITH, WILLIE B III BedNumber: I1-27A

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| Canteen Purchase HOLM Canteen | 3/2/2020 | 3/2/2020 Canteen Purchase Tran NR 10375902 | ($64.51) | $1.52 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 3/2/2020 | 3/3/2020 Web Deposit Ref#: 36250175 | $20.00 | $21.52 | $0.00 | $0.00 HOLM |
| EP-Keefe heard LaTrenda shenane | 3/6/2020 | 3/7/2020 Web Deposit Ref#: 38766473 | $125.00 | $146.52 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 3/9/2020 | 3/9/2020 Canteen Purchase Tran NR 10401862 | ($46.69) | $99.83 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 3/10/2020 | 3/10/2020 Canteen Purchase Tran NR 10404513 | ($44.78) | $55.05 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 3/17/2020 | 3/17/2020 Canteen Purchase Tran NR 10430339 | ($15.89) | $39.16 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 3/17/2020 | 3/17/2020 Canteen Purchase Tran NR 10433046 | ($23.34) | $15.82 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 3/21/2020 | 3/22/2020 Web Deposit Ref#: 35125225 | $60.00 | $75.82 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 3/23/2020 | 3/23/2020 Canteen Purchase Tran NR 10452462 | ($31.50) | $44.32 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 3/23/2020 | 3/23/2020 Canteen Purchase Tran NR 10453856 | ($35.86) | $8.46 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 3/29/2020 | 3/30/2020 Web Deposit Ref#: 35863615 | $40.00 | $48.46 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 3/30/2020 | 3/30/2020 Canteen Purchase Tran NR 10478723 | ($15.89) | $32.57 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 4/1/2020 | 4/1/2020 Canteen Purchase Tran NR 10483666 | ($32.18) | $0.39 | $0.00 | $0.00 HOLM |
| EP-Keefe heard LaTrenda shenane | 4/10/2020 | 4/11/2020 Web Deposit Ref#: 32955222 | $25.00 | $25.39 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 4/12/2020 | 4/13/2020 Web Deposit Ref#: 33987668 | $25.00 | $50.39 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 4/13/2020 | 4/13/2020 Canteen Purchase Tran NR 10531599 | ($19.74) | $30.65 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 4/13/2020 | 4/13/2020 Canteen Purchase Tran NR 10531952 | ($21.00) | $9.65 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 4/13/2020 | 4/14/2020 Web Deposit Ref#: 36205052 | $25.00 | $34.65 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 4/16/2020 | 4/16/2020 Canteen Purchase Tran NR 10541938 | ($12.96) | $21.69 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 4/18/2020 | 4/20/2020 Web Deposit Ref#: 37590546 | $20.00 | $41.69 | $0.00 | $0.00 HOLM |

Alabama Department of Corrections     ITF017

**Transaction Report for 0000Z541-SMITH, WILLIE B III BedNumber: I1-27A**

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| Canteen Purchase HOLM Canteen | 4/20/2020 | 4/20/2020 Canteen Purchase Tran NR 10556725 | ($24.18) | $17.51 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 4/20/2020 | 4/21/2020 Web Deposit Ref#: 30517982 | $25.00 | $42.51 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 4/21/2020 | 4/21/2020 Canteen Purchase Tran NR 10558521 | ($31.28) | $11.23 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 4/22/2020 | 4/23/2020 Web Deposit Ref#: 38990634 | $15.00 | $26.23 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 4/23/2020 | 4/23/2020 Canteen Purchase Tran NR 10567494 | ($5.78) | $20.45 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 4/27/2020 | 4/28/2020 Web Deposit Ref#: 37192103 | $25.00 | $45.45 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 4/28/2020 | 4/28/2020 Canteen Purchase Tran NR 10584402 | ($13.28) | $32.17 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 4/28/2020 | 4/28/2020 Canteen Purchase Tran NR 10584505 | ($29.71) | $2.46 | $0.00 | $0.00 HOLM |
| Canteen Credit HOLM Canteen | 4/29/2020 | 4/29/2020 Canteen Reverse Canteen Purchase Tran NR 10588059 | $6.42 | $8.88 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 5/2/2020 | 5/3/2020 Web Deposit Ref#: 32153097 | $25.00 | $33.88 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 5/4/2020 | 5/4/2020 Canteen Purchase Tran NR 10606964 | ($22.80) | $11.08 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 5/10/2020 | 5/11/2020 Web Deposit Ref#: 37395207 | $90.00 | $101.08 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 5/11/2020 | 5/11/2020 Canteen Purchase Tran NR 10632293 | ($62.92) | $38.16 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 5/14/2020 | 5/14/2020 Canteen Purchase Tran NR 10642657 | ($2.19) | $35.97 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 5/14/2020 | 5/14/2020 Canteen Purchase Tran NR 10642964 | ($12.74) | $23.23 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 5/18/2020 | 5/19/2020 Web Deposit Ref#: 34752192 | $50.00 | $73.23 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 5/19/2020 | 5/19/2020 Canteen Purchase Tran NR 10660916 | ($23.18) | $50.05 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 5/21/2020 | 5/21/2020 Canteen Purchase Tran NR 10666972 | ($2.19) | $47.86 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 5/21/2020 | 5/21/2020 Canteen Purchase Tran NR 10667832 | ($28.03) | $19.83 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 5/26/2020 | 5/26/2020 Canteen Purchase Tran NR 10686096 | ($19.78) | $0.05 | $0.00 | $0.00 HOLM |

## Alabama Department of Corrections

**ITF017**

### Transaction Report for 0000Z541-SMITH, WILLIE B III  BedNumber: I1-27A

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| EP-Keefe underwood Ann | 5/26/2020 | 5/27/2020  Web Deposit Ref#: 34145913 | $50.00 | $50.05 | $0.00 | $0.00  HOLM |
| Canteen Purchase HOLM Canteen | 5/28/2020 | 5/28/2020  Canteen Purchase Tran NR 10691102 | ($49.70) | $0.35 | $0.00 | $0.00  HOLM |
| EP-Keefe underwood Ann | 5/30/2020 | 5/31/2020  Web Deposit Ref#: 43588920 | $30.00 | $30.35 | $0.00 | $0.00  HOLM |
| Canteen Purchase HOLM Canteen | 6/2/2020 | 6/2/2020  Canteen Purchase Tran NR 10708322 | ($30.23) | $0.12 | $0.00 | $0.00  HOLM |
| EP-Keefe underwood Ann | 6/2/2020 | 6/3/2020  Web Deposit Ref#: 40990508 | $25.00 | $25.12 | $0.00 | $0.00  HOLM |
| Canteen Purchase HOLM Canteen | 6/4/2020 | 6/4/2020  Canteen Purchase Tran NR 10714542 | ($13.43) | $11.69 | $0.00 | $0.00  HOLM |
| EP-Keefe underwood Ann | 6/7/2020 | 6/8/2020  Web Deposit Ref#: 49915852 | $40.00 | $51.69 | $0.00 | $0.00  HOLM |
| EP-Keefe underwood Ann | 6/8/2020 | 6/9/2020  Web Deposit Ref#: 42155553 | $20.00 | $71.69 | $0.00 | $0.00  HOLM |
| Canteen Purchase HOLM Canteen | 6/9/2020 | 6/9/2020  Canteen Purchase Tran NR 10731896 | ($34.46) | $37.23 | $0.00 | $0.00  HOLM |
| Canteen Purchase HOLM Canteen | 6/11/2020 | 6/11/2020  Canteen Purchase Tran NR 10738541 | ($2.19) | $35.04 | $0.00 | $0.00  HOLM |
| Canteen Purchase HOLM Canteen | 6/11/2020 | 6/11/2020  Canteen Purchase Tran NR 10739552 | ($1.78) | $33.26 | $0.00 | $0.00  HOLM |
| Canteen Purchase HOLM Canteen | 6/12/2020 | 6/12/2020  Canteen Purchase Tran NR 10741891 | ($24.34) | $8.92 | $0.00 | $0.00  HOLM |
| EP-Keefe underwood Ann | 6/14/2020 | 6/15/2020  Web Deposit Ref#: 49290983 | $15.00 | $23.92 | $0.00 | $0.00  HOLM |
| Canteen Purchase HOLM Canteen | 6/16/2020 | 6/16/2020  Canteen Purchase Tran NR 10755376 | ($11.58) | $12.34 | $0.00 | $0.00  HOLM |
| Canteen Purchase HOLM Canteen | 6/18/2020 | 6/18/2020  Canteen Purchase Tran NR 10761734 | ($2.19) | $10.15 | $0.00 | $0.00  HOLM |
| Canteen Purchase HOLM Canteen | 6/18/2020 | 6/18/2020  Canteen Purchase Tran NR 10762406 | ($7.80) | $2.35 | $0.00 | $0.00  HOLM |
| EP-Keefe underwood Ann | 6/21/2020 | 6/22/2020  Web Deposit Ref#: 46458936 | $25.00 | $27.35 | $0.00 | $0.00  HOLM |
| Canteen Purchase HOLM Canteen | 6/25/2020 | 6/25/2020  Canteen Purchase Tran NR 10782684 | ($2.19) | $25.16 | $0.00 | $0.00  HOLM |
| Canteen Purchase HOLM Canteen | 6/25/2020 | 6/25/2020  Canteen Purchase Tran NR 10782897 | ($7.30) | $17.86 | $0.00 | $0.00  HOLM |
| Canteen Purchase HOLM Canteen | 6/29/2020 | 6/29/2020  Canteen Purchase Tran NR 10796085 | ($8.40) | $9.46 | $0.00 | $0.00  HOLM |

Alabama Department of Corrections  ITF017

**Transaction Report for 0000Z541-SMITH, WILLIE B III BedNumber: I1-27A**

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| EP-Keefe underwood Ann | 6/30/2020 | 7/1/2020 Web Deposit Ref#: 46202240 | $17.00 | $26.46 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 7/1/2020 | 7/1/2020 Canteen Purchase Tran NR 10801275 | ($9.60) | $16.86 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 7/5/2020 | 7/6/2020 Web Deposit Ref#: 44080952 | $40.00 | $56.86 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 7/7/2020 | 7/7/2020 Canteen Purchase Tran NR 10818888 | ($32.25) | $24.61 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 7/9/2020 | 7/9/2020 Canteen Purchase Tran NR 10825216 | ($2.19) | $22.42 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 7/9/2020 | 7/9/2020 Canteen Purchase Tran NR 10825543 | ($16.14) | $6.28 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 7/12/2020 | 7/13/2020 Web Deposit Ref#: 42614152 | $40.00 | $46.28 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 7/14/2020 | 7/14/2020 Canteen Purchase Tran NR 10841543 | ($34.30) | $11.98 | $0.00 | $0.00 HOLM |
| Canteen Credit HOLM Canteen | 7/14/2020 | 7/14/2020 Canteen Reverse Canteen Purchase Tran NR 10841847 | $8.40 | $20.38 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 7/15/2020 | 7/16/2020 Web Deposit Ref#: 45207323 | $25.00 | $45.38 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 7/16/2020 | 7/16/2020 Canteen Purchase Tran NR 10847570 | ($2.19) | $43.19 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 7/16/2020 | 7/16/2020 Canteen Purchase Tran NR 10848221 | ($22.36) | $20.83 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 7/19/2020 | 7/20/2020 Web Deposit Ref#: 42671709 | $42.00 | $62.83 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 7/21/2020 | 7/21/2020 Canteen Purchase Tran NR 10864975 | ($42.38) | $20.45 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 7/23/2020 | 7/23/2020 Canteen Purchase Tran NR 10870974 | ($19.93) | $0.52 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 7/25/2020 | 7/26/2020 Web Deposit Ref#: 40672516 | $40.00 | $40.52 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 7/27/2020 | 7/28/2020 Web Deposit Ref#: 48345856 | $20.00 | $60.52 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 7/28/2020 | 7/28/2020 Canteen Purchase Tran NR 10897507 | ($43.22) | $17.30 | $0.00 | $0.00 HOLM |
| Canteen Credit HOLM Canteen | 7/29/2020 | 7/29/2020 Canteen Reverse Canteen Purchase Tran NR 10901191 | $3.47 | $20.77 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 7/29/2020 | 7/30/2020 Web Deposit Ref#: 43260176 | $20.00 | $40.77 | $0.00 | $0.00 HOLM |

Alabama Department of Corrections · ITF017

**Transaction Report for 0000Z541-SMITH, WILLIE B III BedNumber: I1-27A**

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| Canteen Purchase HOLM Canteen | 7/30/2020 | 7/30/2020 Canteen Purchase Tran NR 10903561 | ($21.56) | $19.21 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 8/1/2020 | 8/2/2020 Web Deposit Ref#: 44039688 | $55.00 | $74.21 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 8/4/2020 | 8/4/2020 Canteen Purchase Tran NR 10919533 | ($73.98) | $0.23 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 8/3/2020 | 8/4/2020 Web Deposit Ref#: 40924337 | $25.00 | $25.23 | $0.00 | $0.00 HOLM |
| EP-Keefe heard LaTrenda shenane | 8/4/2020 | 8/5/2020 Web Deposit Ref#: 48642792 | $25.00 | $50.23 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 8/6/2020 | 8/6/2020 Canteen Purchase Tran NR 10926364 | ($29.21) | $21.02 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 8/9/2020 | 8/10/2020 Web Deposit Ref#: 45075220 | $10.00 | $31.02 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 8/11/2020 | 8/11/2020 Canteen Purchase Tran NR 10943276 | ($30.78) | $0.24 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 8/11/2020 | 8/12/2020 Phone Deposit Ref#: 47475856 | $50.00 | $50.24 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 8/13/2020 | 8/13/2020 Canteen Purchase Tran NR 10949671 | ($45.04) | $5.20 | $0.00 | $0.00 HOLM |
| EP-Keefe Weidner Deanna Lee | 8/13/2020 | 8/14/2020 Web Deposit Ref#: 43370976 | $175.00 | $180.20 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 8/15/2020 | 8/16/2020 Web Deposit Ref#: 45305452 | $10.00 | $190.20 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 8/18/2020 | 8/18/2020 Canteen Purchase Tran NR 10966798 | ($76.83) | $113.37 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 8/18/2020 | 8/18/2020 Canteen Purchase Tran NR 10967910 | ($1.52) | $111.85 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 8/20/2020 | 8/20/2020 Canteen Purchase Tran NR 10972122 | ($29.22) | $82.63 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 8/25/2020 | 8/25/2020 Canteen Purchase Tran NR 10988525 | ($68.73) | $13.90 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 8/26/2020 | 8/27/2020 Web Deposit Ref#: 42627061 | $50.00 | $63.90 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 8/27/2020 | 8/27/2020 Canteen Purchase Tran NR 10993391 | ($25.62) | $38.28 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 8/30/2020 | 8/31/2020 Web Deposit Ref#: 43256978 | $20.00 | $58.28 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 9/1/2020 | 9/1/2020 Canteen Purchase Tran NR 11008020 | ($29.30) | $28.98 | $0.00 | $0.00 HOLM |

## Alabama Department of Corrections

**ITF017**

### Transaction Report for 0000Z541-SMITH, WILLIE B III BedNumber: I1-27A

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| EP-Keefe underwood Ann | 9/2/2020 | 9/3/2020 Web Deposit Ref#: 47590210 | $25.00 | $53.98 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 9/3/2020 | 9/3/2020 Canteen Purchase Tran NR 11014221 | ($35.96) | $18.02 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 9/3/2020 | 9/4/2020 Web Deposit Ref#: 49309705 | $18.00 | $36.02 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 9/8/2020 | 9/8/2020 Canteen Purchase Tran NR 11031575 | ($35.43) | $0.59 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 9/8/2020 | 9/9/2020 Web Deposit Ref#: 40274401 | $80.00 | $80.59 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 9/10/2020 | 9/10/2020 Canteen Purchase Tran NR 11037089 | ($44.05) | $36.54 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 9/12/2020 | 9/13/2020 Web Deposit Ref#: 40773584 | $70.00 | $106.54 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 9/17/2020 | 9/17/2020 Canteen Purchase Tran NR 11057711 | ($98.76) | $7.78 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 9/17/2020 | 9/17/2020 Canteen Purchase Tran NR 11058706 | ($7.47) | $0.31 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 9/17/2020 | 9/18/2020 Web Deposit Ref#: 40360480 | $35.00 | $35.31 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 9/18/2020 | 9/19/2020 Web Deposit Ref#: 49451288 | $30.00 | $65.31 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 9/20/2020 | 9/21/2020 Web Deposit Ref#: 43958518 | $25.00 | $90.31 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 9/20/2020 | 9/21/2020 Web Deposit Ref#: 43627982 | $20.00 | $110.31 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 9/22/2020 | 9/22/2020 Canteen Purchase Tran NR 11072904 | ($99.53) | $10.78 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 9/22/2020 | 9/23/2020 Web Deposit Ref#: 46668209 | $20.00 | $30.78 | $0.00 | $0.00 HOLM |
| Canteen Credit HOLM Canteen | 9/23/2020 | 9/23/2020 Canteen Reverse Canteen Purchase Tran NR 11076219 | $0.65 | $31.43 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 9/24/2020 | 9/24/2020 Canteen Purchase Tran NR 11077985 | ($29.68) | $1.75 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 9/26/2020 | 9/27/2020 Web Deposit Ref#: 48325589 | $44.00 | $45.75 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 9/27/2020 | 9/28/2020 Web Deposit Ref#: 46088681 | $50.00 | $95.75 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 9/29/2020 | 9/29/2020 Canteen Purchase Tran NR 11092577 | ($81.78) | $13.97 | $0.00 | $0.00 HOLM |

Alabama Department of Corrections  **ITF017**

**Transaction Report for 0000Z541-SMITH, WILLIE B III BedNumber: I1-27A**

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| EP-Keefe underwood Ann | 9/29/2020 | 9/30/2020 Web Deposit Ref#: 42901198 | $25.00 | $38.97 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 10/1/2020 | 10/1/2020 Canteen Purchase Tran NR 11096543 | ($31.34) | $7.63 | $0.00 | $0.00 HOLM |
| EP-Keefe heard LaTrenda shenane | 10/2/2020 | 10/3/2020 Web Deposit Ref#: 46835396 | $25.00 | $32.63 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 10/3/2020 | 10/4/2020 Web Deposit Ref#: 48003178 | $55.00 | $87.63 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 10/5/2020 | 10/5/2020 Canteen Purchase Tran NR 11111156 | ($80.77) | $6.86 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 10/8/2020 | 10/8/2020 Canteen Purchase Tran NR 11118834 | ($4.44) | $2.42 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 10/11/2020 | 10/12/2020 Web Deposit Ref#: 49956086 | $50.00 | $52.42 | $0.00 | $0.00 HOLM |
| EP-Keefe Weidner Deanna Lee | 10/12/2020 | 10/13/2020 Web Deposit Ref#: 42191393 | $100.00 | $152.42 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 10/13/2020 | 10/13/2020 Canteen Purchase Tran NR 11132380 | ($59.71) | $92.71 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 10/13/2020 | 10/14/2020 Web Deposit Ref#: 43557455 | $25.00 | $117.71 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 10/15/2020 | 10/15/2020 Canteen Purchase Tran NR 11136910 | ($49.04) | $68.67 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 10/18/2020 | 10/19/2020 Web Deposit Ref#: 42298101 | $40.00 | $108.67 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 10/20/2020 | 10/20/2020 Canteen Purchase Tran NR 11151804 | ($73.18) | $35.49 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 10/22/2020 | 10/22/2020 Canteen Purchase Tran NR 11155822 | ($30.43) | $5.06 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 10/25/2020 | 10/26/2020 Web Deposit Ref#: 40612969 | $40.00 | $45.06 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 10/26/2020 | 10/26/2020 Canteen Purchase Tran NR 11166730 | ($44.50) | $0.56 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 10/26/2020 | 10/27/2020 Web Deposit Ref#: 40025775 | $30.00 | $30.56 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 10/27/2020 | 10/28/2020 Web Deposit Ref#: 44819273 | $20.00 | $50.56 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 10/29/2020 | 10/29/2020 Canteen Purchase Tran NR 11173072 | ($31.82) | $18.74 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 10/31/2020 | 11/1/2020 Web Deposit Ref#: 49163872 | $40.00 | $58.74 | $0.00 | $0.00 HOLM |

Alabama Department of Corrections  ITF017

### Transaction Report for 0000Z541-SMITH, WILLIE B III BedNumber: I1-27A

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| EP-Keefe underwood Ann | 11/1/2020 | 11/2/2020 Web Deposit Ref#: 49877272 | $20.00 | $78.74 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/3/2020 | 11/3/2020 Canteen Purchase Tran NR 11182238 | ($76.96) | $1.78 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 11/3/2020 | 11/4/2020 Web Deposit Ref#: 47016591 | $20.00 | $21.78 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/5/2020 | 11/5/2020 Canteen Purchase Tran NR 11189505 | ($21.65) | $0.13 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 11/8/2020 | 11/9/2020 Web Deposit Ref#: 40154774 | $35.00 | $35.13 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/9/2020 | 11/9/2020 Canteen Purchase Tran NR 11203131 | ($34.34) | $0.79 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 11/9/2020 | 11/10/2020 Phone Deposit Ref#: 41031021 | $20.00 | $20.79 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/12/2020 | 11/12/2020 Canteen Purchase Tran NR 11209497 | ($17.80) | $2.99 | $0.00 | $0.00 HOLM |
| EP-Keefe heard LaTrenda shenane | 11/15/2020 | 11/16/2020 Web Deposit Ref#: 41794776 | $50.00 | $52.99 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 11/16/2020 | 11/17/2020 Phone Deposit Ref#: 40013660 | $25.00 | $77.99 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/17/2020 | 11/17/2020 Canteen Purchase Tran NR 11223727 | ($31.23) | $46.76 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/17/2020 | 11/17/2020 Canteen Purchase Tran NR 11223835 | ($13.20) | $33.56 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/19/2020 | 11/19/2020 Canteen Purchase Tran NR 11228478 | ($33.11) | $0.45 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 11/21/2020 | 11/22/2020 Phone Deposit Ref#: 49743637 | $35.00 | $35.45 | $0.00 | $0.00 HOLM |
| EP-Keefe heard LaTrenda shenane | 11/21/2020 | 11/22/2020 Web Deposit Ref#: 45821190 | $25.00 | $60.45 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/23/2020 | 11/23/2020 Canteen Purchase Tran NR 11240781 | ($52.50) | $7.95 | $0.00 | $0.00 HOLM |
| Canteen Purchase HOLM Canteen | 11/24/2020 | 11/24/2020 Canteen Purchase Tran NR 11245313 | ($7.42) | $0.53 | $0.00 | $0.00 HOLM |
| EP-Keefe heard LaTrenda shenane | 11/28/2020 | 11/29/2020 Web Deposit Ref#: 47229075 | $25.00 | $25.53 | $0.00 | $0.00 HOLM |
| EP-Keefe underwood Ann | 11/29/2020 | 11/30/2020 Phone Deposit Ref#: 47435192 | $25.00 | $50.53 | $0.00 | $0.00 HOLM |